UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD WHITEHEAD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CV455 CDP |
| HARRAH'S CASINO, | ) |
| Defendant. | ) |

## ORDER

Defendant seeks an additional order compelling discovery from plaintiff Edward Whitehead. Plaintiff has not responded to defendant's motion, and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [#23] is granted, and **no later than January 14th, 2010** plaintiff Edward Whitehead shall provide defendant (1) a sworn response to defendant's first set of interrogatories, and (2) responses to defendant's first request for the production of documents.

**Failure to comply with the provisions of this Order will result in the imposition of sanctions**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2010.