UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD WHITEHEAD, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:09CV455 CDP |
| HARRAH'S CASINO, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in defendant's motion for attorney's fees,

**IT IS HEREBY ORDERED** that defendant's motion for fees [#32] is granted, and plaintiff must pay attorney's fees in the amount of $2,825.00 to defendant.

**IT IS FURTHER ORDERED** that defendant's motion for Bill of Costs [#34] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2010.